# United States District Court
# District of New Mexico



Lourdes A. Martínez
United States Magistrate Judge

100 N. Church Street
Las Cruces, New Mexico 88001
(575) 528-1650 • Fax (575) 528-1655

Dear Counsel:

    Pursuant to Rule 73(b) of the Federal Rules of Civil Procedure and District of New Mexico Local Civil Rule 73.1, you have been notified on CM-ECF that this case has been assigned to me to preside over all dispositive motions, evidentiary hearings and trial.  If you choose to consent to me as your trial judge you must file a notice of consent.  In deciding whether or not to consent, you should know that I plan to retire on April 28, 2017.  If you consent to me but this case is not completed by April 28, 2017, the case will be re-assigned to another Magistrate Judge pursuant to Local Rule 73.1.   You will then have the option to consent to the newly-assigned trial judge or the assigned referral judge pursuant to Local Rules 73.1 and 73.2.  You may always decline to consent to a Magistrate Judge and proceed before a District Judge.

    I thought you would like to know this as you consider your decision on consent.  Please contact my chambers if you have any questions.

    Sincerely,

    Lourdes A. Martínez