IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KELLY SWEETSER,

    Plaintiff,

v.                                                                No. CIV 16-640 MV/CG

SCOUT INDUSTRIES, LLC, et al.,

    Defendants.

## ORDER QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 12), filed November 5, 2018, and Plaintiff's *Notice of Voluntary Dismissal*, (Doc. 13), filed November 6, 2018. In her notice to the Court, Plaintiff explains that Defendants have neither answered the complaint in this case nor served a motion for summary judgment. (Doc. 13). Plaintiff has voluntarily dismissed these proceedings with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 12), is hereby **QUASHED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE